## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| BRYAN KEITH JACKSON, ) | |
| BOP Reg. # 17995-003, ) | |
|    Movant, ) | |
| ) | CIVIL ACTION NO. 1:22-00010-WS-N |
|    v. ) | |
| ) | CRIMINAL ACTION NO. 1:20-00022-WS-N |
| UNITED STATES OF AMERICA, ) | |
|    Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated December 4, 2024 (Doc# 78) [1]—issued under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R)—is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Movant **BRYAN KEITH JACKSON**'s motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 dated January 3, 2022 (Doc# 73) is **DENIED** and **DISMISSED with prejudice** under Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts. Further, Jackson is **DENIED** a Certificate of Appealability in relation to this final adverse order. Finally, the Court certifies that any appeal by Jackson of this judgment would be without merit and therefore not taken in good faith. Thus, Jackson is not entitled to proceed *in forma pauperis* on appeal of this judgment.

---

[1] All "Doc#" citations herein refer to the docket of the above-numbered criminal action.

This final judgment shall forthwith be set out by separate document in accordance with Federal Rule of Civil Procedure 58. The Clerk of Court is **DIRECTED** to thereafter administratively close the above-numbered civil action.

**DONE** and **ORDERED** this the 6th day of January 2025.

/s/William H. Steele  
**UNITED STATES DISTRICT JUDGE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRYAN KEITH JACKSON,** ) | |
| **BOP Reg. # 17995-003,** ) | |
|    Movant, ) | |
| ) | **CIVIL ACTION NO. 1:22-00010-WS-N** |
| v. ) | |
| ) | **CRIMINAL ACTION NO. 1:20-00022-WS-N** |
| **UNITED STATES OF AMERICA,** ) | |
|    Respondent. ) | |

## JUDGMENT

In accordance with the order entered on this date adopting the recommendations of the Magistrate Judge, it is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Respondent the **UNITED STATES OF AMERICA** and against Movant **BRYAN KEITH JACKSON** on his first motion under 28 U.S.C. § 2255, which is **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the 6th day of January 2025.

                                           /s/William H. Steele
                                           **UNITED STATES DISTRICT JUDGE**